**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-1427**

───────────

In Re:  ROBERT L. KAETZEL; VIRGINIA L.W. KAETZEL,

        Debtors.

------------------------------------

FRANZ BOENING,

        Creditor – Appellant,

    v.

GARY ALAN ROSEN, Chapter 7 Trustee in 12-26705 WIL, Plaintiff in AP No. 13-042 WIL,

        Trustee - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  J. Frederick Motz, Senior District Judge. (8:14-cv-00668-JFM)

───────────

Submitted:  October 27, 2015            Decided:  November 17, 2015

───────────

Before NIEMEYER and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Craig B. Leavers, HOFMEISTER, BREZA & LEAVERS, Hunt Valley, Maryland, for Appellant.  Rand L. Gelber, Rockville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franz Boening appeals from the district court's order affirming the order of the bankruptcy court denying Boening's motion to compel the trustee to abandon the bankruptcy estate's interest in a lien that was avoided pursuant to 11 U.S.C. 548 (2012).  The bankruptcy court denied the motion, determining that the value to the bankruptcy estate of an avoided lien which is preserved for the estate pursuant to 11 U.S.C. § 551 (2012), is equal to the amount of the transfer avoided.  We have reviewed the record and the parties' arguments on appeal, and we find no reversible error by either the bankruptcy court or the district court.  Accordingly, we affirm for the reasons stated by the district court.  <u>Boening v. Rosen</u>, No. 8:14-cv-00668-JFM (D. Md. filed Mar. 20, 2015; entered Mar. 23, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>